**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| | |
| RMI DIAGNOSTIC LLC; | Case No. 23-19574-SMG |
| DIAGNOSTIC MEDICAL IMAGING, LLC; | Case No. 23-19575-SMG |
| DIAGNOSTIC MEDICAL IMAGING OF | Case No. 23-19576-SMG |
| HOLLYWOOD, LLC; | |
| DIAGNOSTIC MEDICAL IMAGING OF | Case No. 23-19577-SMG |
| PEMBROKE PINES, LLC; and | |
| DIAGNOSTIC MEDICAL IMAGING OF | Case No. 23-19578-SMG |
| PLANTATION, LLC. | |
| | |
| Debtors. | (Jointly Administered Under Case No.23-19574-SMG) |

_____/

SONYA SALKIN SLOTT, Chapter 7 Trustee,

Plaintiff,

v.

                    Adv. Pro. No.: 25-01382-SMG

BRAVO IMAGING, INC.,

Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

     Sonya Salkin Slott, in her capacity as Chapter 7 Trustee (the "Plaintiff" or the "Trustee")

on behalf of Diagnostic Medical Imaging, LLC, Inc. (the "Debtor" or "DMI"), Case No. 23-19578-

SMG, by and through undersigned counsel and pursuant to Fed R. Bank. P. 7041(a), files this

notice of voluntary dismissal without prejudice of the claims brought by the Plaintiff against

Defendant, Bravo Imaging, Inc.

Dated: December 17, 2025

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 17th day of December, 2025 via the Court's CM/ECF filing system to the recipients registered to receive notices of electronic filing generated by CM/ECF and via CM/ECF, via email to Glenn Widom, Esq. at gwidom@gwidomlaw.com, U.S. Mail and/or electronic mail to the below-named parties.

By: /s/ Zachary Malnik
Zachary Malnik, Esq.
FLBN 1010272

The Salkin Law Firm
P.O. Box 15580
Plantation, FL 33318
(954) 423-4469
zachary@msbankrupt.com

Bravo Imaging, Inc.
c/o John Bravo, registered agent
3911 SW 47th Avenue, Suite 901
Davie, FL 33314